## (March 26, 1957)

■· NATHANIEL I. BECKER, Respondent, v. CURTIS PUBLISHING COMPANY OF PHILADELPHIA, PENNSYLVANIA, Appellant, et al., Defendant.— Order denying defendant's motion to dismiss the complaint on the ground that plaintiff does not have legal capacity to commence the action under section 236 of the Civil Practice Act, unanimously affirmed, with $20 costs and disbursements to the respondent. The clerk at Special Term, however, is directed to prepare copies of the motion papers and forward them to the Superintendent of Matteawan State Hospital and the Attorney-General to take such proceedings as they may be advised, pursuant to article 81 of the Civil Practice Act. Concur — Peck, P. J., Rabin, Frank, McNally and Bergan, JJ.

■ HELEN FUSCO et al., Appellants, v. 655 EAST FORDHAM ROAD REALTY CORP., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Botein, Frank and Valente, JJ.

■ HANNAH GALEWITZ, Respondent, v. WALTER PEEK PAPER CORPORATION et al., Appellants, and GEORGE GREEN et al., Respondents-Appellants.— Order denying defendants' motion for summary judgment entered September 29, 1955, order entered October 5, 1955, denying defendants' cross motion to vacate the notice to take their depositions before trial and to quash a subpoena duces tecum, and order entered September 29, 1955, denying defendants' cross motion that in the event the complaint is dismissed against the codefendants who had moved for summary judgment, that the complaint likewise be dismissed as to them, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Frank and Valente, JJ.

■ FRANK FESSLER, Appellant, v. PERMACHEM CORPORATION, Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT WILLIAMS, Appellant.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein and Frank, JJ.

■ JOHN REBER BAKING CORPORATION, Respondent, v. GEORGE CHAMBRELLI et al., Copartners Doing Business as CHAMBRELLI BROS., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Frank and Valente, JJ.

■ ALREN 'REALTY CORP., Respondent, v. AIRWAY MOTORS, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.

■ COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, Respondent, v. JOSEPH SCIASCIA, Appellant.— Order reversed and the complaint dismissed on the ground that the evidence in support thereof is not entirely satisfactory. Concur — Peck, P. J., Breitel, Botein and Frank, JJ.; Valente, J., dissents and votes to affirm.

■ WILLIAM B. McQUAGE, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground of excessiveness of the damages awarded, unless plaintiff stipulates to reduce the verdict to $40,000 in which event the judgment, as so modified, is affirmed, without costs. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.